UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

-vs-

NAZEM ALLIE,

    Defendant

Case No. 09-11138
Hon. Robert H. Cleland
Claim No. 1997A12464

## ORDER ALLOWING RECORDS SUBPOENA

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises: And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **CHASE MANHATTEN MORTGAGE CORPORATION** requesting a copy of the Defendant's mortgage application and copies of any bank checks used to make payments on account in the last six months and /or the bank routing number of any online payments made in the last six months.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: September 30, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 30, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522