UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                        Plaintiff

Case Number 09-11138
Hon. Robert H. Cleland

NAZEM ALLIE,

                        Defendant

and

ATLAS TUBE,

                        Garnishee

_____

### ORDER RESOLVING DEFENDANT'S OBJECTIONS TO GARNISHMENT

**THIS MATTER** having come before the Court on Defendant's Request for Hearing regarding a Writ of Garnishment directed to Atlas Tube; and Plaintiff having filed a response thereto; and Atlas Tube having filed an answer indicating Defendant is not in its employ; and a hearing having been held on April 16, 2014; and the parties having subsequently reached a resolution of the matter, which was placed on the record:

**IT IS HEREBY ORDERED** the Defendant's Request for Hearing is withdrawn.

**IT IS FURTHER ORDERED** that commencing May 15, 2014, Defendant shall pay to Plaintiff the sum of $100.00 per month.  Defendant shall forward said payments to U.S. Department of Justice, NCIF, P.O. Box 790363, St. Louis, MO  63179-0363.

1

**IT IS FURTHER ORDERED** that beginning October 15, 2014 payment will increase to $150.00 per month and shall continue until such time as the Judgment is satisfied in full, or until further order of this Court.

**IT IS FURTHER ORDERED** if the Defendant shall fail to make any payment within ten (10) days of its due date, the Plaintiff shall file an Affidavit of Non-Compliance and the Plaintiff may issue any process for the enforcement of the Judgment. Defendant will be given credit for payments received.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  April 22, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 22, 2014, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522